```
               UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

**JOSEPH GARDNER and STACY STEBBINS,**

    **Plaintiffs,**

v.                              Case No. 2:20-cv-02390-SHM/atc

**BLUE SKY COURIERS, INC.,**

    **Defendant.**

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 28), docketed May 14th, 2021.

# APPROVED:

____*/s/ Samuel H. Mays, Jr.*_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

____May 14, 2021_____           THOMAS M. GOULD_____
DATE                                                     CLERK

                                                               */s/  Jairo Mendez*_____
                                                               (By) DEPUTY CLERK